Kathryn Tassinari
Drew L. Johnson
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JACQULIN E. PROVOST,** | Civil No. 6:05-cv-06352-HO |
| Plaintiff, | |
| vs. | **ORDER REGARDING ATTORNEY FEES UNDER THE SOCIAL SECURITY ACT** |
| **JO ANNE B. BARNHART,** Commissioner, Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion for Attorney Fees Under the Social Security Act, and counsel for Defendant having no objection, it is hereby

ORDERED that:

Plaintiff's counsel is granted 30 days subsequent to Plaintiff's notification of past-due benefits to prepare and submit a request specifying the amount of fees requested.

IT IS SO ORDERED this day of October 16, 2006.

_____
U.S. District Judge

1 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT

PRESENTED BY:

/s/ DREW L. JOHNSON
Drew L. Johnson, Of Attorneys for Plaintiff

2 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT