Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

FILED'06 OCT 26 09:58 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JACQULIN E. PROVOST,

        Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 05-6352-HO

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $6666.53 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this 25th day of _____Oct._____, 2006.

_____/s/ Michael R. Hogan_____
U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

1 - ORDER